**Order filed August 10, 2021**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-20-00133-CV

—————————

**MILAGRO DEL CARMEN MONTESINO AVILA, Appellant**

**V.**

**FIESTA MART, L.L.C., Appellee**

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2017-77339**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit F, a surveillance video and EFPlayer file, which was attached to Plaintiff's Response to**

**Defendant's Motion for Summary Judgment, filed on November 8, 2019 (See Attached Letter).**

The clerk of the 164th District Court is directed to deliver to the Clerk of this court the original of Exhibit F, a surveillance video and EFPlayer file, which was attached to Plaintiff's Response to Defendant's Motion for Summary Judgment, filed on November 8, 2019 (See Attached Letter), on or before **August 17, 2021.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit F, a surveillance video and EFPlayer file, which was attached to Plaintiff's Response to Defendant's Motion for Summary Judgment, filed on November 8, 2019 (See Attached Letter), to the clerk of the 164th District Court.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.



**The Oweyssi Law Firm, PLLC**
3200 Southwest Freeway, Suite 1100
Houston, Texas 77027
T: (713) 225-2222     F: (713) 766-6911

November 8, 2019

<span style="float:right">VIA HAND DELIVERY
VIA E-FILE</span>

Harris County Civil Courthouse
201 Caroline, 12th Floor
Houston, Texas 77002

      RE:    Cause No. 2017-77339: *Milagro Del Carmen Montesino Avila vs. Fiesta Mart, LLC*; In the 164th Judicial District of Harris County, Texas.

Dear Sir or Madam:

Enclosed please find Exhibit F (Surveillance Video and EFPlayer file) to Plaintiff's Response to Defendant's Motion for Summary Judgment. Please accept this exhibit as an in camera document for the record and Judge's review.

Should you wish to discuss this matter further, please contact me at nick@oweyssilaw.com or (713) 225-2222.

Very truly yours,

Nick Oweyssi

Enclosure: as stated